IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **LEEAH G. COCCIA,** | : | |
| Plaintiff, | : | Case No. 2:08-cv-903 |
| v. | : | Judge Marbley |
| **NATIONAL AUTO CARE CORP., et al.,** | : | Magistrate Judge King |
| Defendants. | : | |

### AGREED ORDER OF DISMISSAL

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice to the rights of Plaintiff to re-file the same cause or any part thereof. Each party shall pay their own costs.

Dated: 18 Nov. 2009

JUDGE MARBLEY

*APPROVED:*

| | |
|---|---|
| LAW OFFICES OF<br>TIMOTHY J. BOONE, CO., LPA | SCHOTTENSTEIN, ZOX & DUNN, LPA |
| /s/ Jessica L. Olsheski<br>Jessica L. Olsheski (0078063)<br>1349 East Broad Street, 2nd Floor<br>Columbus, Ohio 43205<br>(614) 228-0200 (telephone)<br>(614) 358-9814 (facsimile)<br>*Trial Attorney for Plaintiff* | Susan Porter<br>Susan Porter, Esq. (0036867)<br>250 West Street<br>Columbus, OH 43215<br>(614) 462-2314 (telephone)<br>(614) 462-5135 (facsimile)<br>*Trial Attorney for Defendants* |

{H1686209.1 }